

FILED

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0212

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0212

STATE OF MONTANA,

Plaintiff and Appellee,

v.

LOUIS TED CAYE,

Defendant and Appellant.

FILED

MAY 10 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Self-represented Appellant Louis Ted Caye has filed a verified Petition for an Out-of-Time Appeal, indicating that he discussed filing a timely appeal with his attorney and that his counsel failed to file it for him. Caye includes a copy of the sentencing judgment. We amend the caption to comport with this Court's rules. M. R. App. P. 2(4).

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

In open court on December 20, 2021, the Second Judicial District Court, Butte-Silver Bow County, sentenced Caye for felony aggravated assault to the Montana State Prison for a twenty-year term with ten years suspended. The District Court included a sentence enhancement of ten years for use of a deadly weapon, resulting in a thirty-year prison sentence with ten years suspended.

Caye has a recent conviction and sentence. He also indicates that he is without counsel. Caye may be entitled to representation of counsel. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Caye's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Ted Louis Caye. The Appellate Defender Division shall have thirty days from

the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. When Caye qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division; counsel of record; Eileen Joyce, Butte-Silver Bow County Attorney, along with a copy of Caye's Petition; and to Ted Louis Caye personally.

DATED this __10__ day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2